# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL JACKSON, et al.,** : | |
|  : | **CIVIL ACTION NO. 3:16-1336** |
| **Plaintiffs** : | |
|  : | **(Judge Mannion)** |
| v. : | |
|  : | |
| **JASON WILLIAMS, et al.,** : | |
|  : | |
| **Defendants** : | |

# O R D E R

Based on the report of Judge Carlson, (Doc. 2), to which no objections have been filed, **IT IS HEREBY ORDERED THAT** the report is **ADOPTED IN ITS ENTIRETY**.[1] Plaintiffs' complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**. *See* Roy v. Supreme Court of U.S., 484 F.App'x 700, 700 (3d Cir. 2012) (dismissal under Rule 8 is justified if the complaint is not comprehensible). Leave to amend is **DENIED**. The Clerk is directed to close the case.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 4, 2016**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-1336-01.wpd

---

[1] On July 27, 2016, plaintiff filed a letter addressed to the clerk of court, (Doc. 5), with a copy of the first page of Judge Carlson's report attached. It appears that plaintiff is requesting a transfer from SCI-Huntingdon to SCI-Forest. This letter is not construed as an objection to the report nor is it titled as such. Regardless, it is well-settled law that prisoners have no inherent constitutional right to placement in any particular prison, to any security classification, or to any particular housing assignment. *See* Olim v. Wakinekona, 461 U.S. 238, 245 (1983); Meachum v. Fano, 427 U.S. 215, 225 (1976); Montanye v. Haymes, 427 U.S. 236, 242 (1976).